

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

EDWARD SHATNEY, )
    Plaintiff, )
) Civil Action No. 2:04-CV-311
v. )
)
TONY AUGER, TRANSPORT HERVE )
LEMIEUX, INC. and METRO )
INTERNATIONAL ST-LAURENT, INC., )
    Defendants. )

### STIPULATION OF DISMISSAL

NOW COME the parties, by and through their respective counsel, and hereby stipulate and agree that the following Order may be made with respect to the above-captioned matter:

Plaintiff's claims against Defendants Tony Auger, Transport Hervé Lemieux, Inc. and Metro International St-Laurent, Inc. are **DISMISSED WITH PREJUDICE**;

Defendant Metro International St-Laurent, Inc.'s cross-claim against Defendant Transport Hervé Lemieux, Inc. is **DISMISSED WITHOUT PREJUDICE**.

Respectfully submitted,

Dated at St. Johnsbury, Vermont, this 25 day of May, 2006.

AXELROD & ADLER

By: _____
Steven A. Adler

Attorney for Plaintiff Edward Shatney

Spink & Miller PLC
One Lawson Lane
Burlington, VT 05401
(802) 864-1100

Dated at Burlington, Vermont, this 18th day of May, 2006.

SPINK & MILLER, PLC

By: _____
James W. Spink
Jon T. Alexander

Attorneys for Defendants Tony Auger and Transport Hervé Lemieux, Inc.

Dated at Burlington, Vermont, this 19th day of May, 2006.

CARROLL & SCRIBNER, P.C.

By: _____
Mark H. Scribner

Attorney for Defendant Metro International St-Laurent, Inc.

**APPROVED and SO ORDERED:**

Date: May 30, 2006    _____
U.S. District/Magistrate Judge

Spink & Miller PLC
One Lawson Lane
Burlington, VT 05401
(802) 864-1100